**FILED**

04/19/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0107

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0107

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

SHANE THOMPSON FREIBURG,

      Defendant and Appellant,

## ORDER

Upon consideration of Appellant's unopposed motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including May 24, 2023, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 19 2023